HAFIZ M. SAYEED, Doing Business as ANWAR & BROS., Respondent, v. I. MILLER & SONS, INC., et al., Appellants, et al., Defendants.— In an action for damages for breach of contract, order denying motion to dismiss complaint for insufficiency, and for incidental relief, affirmed, with $10 costs and disbursements. No opinion. Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ., concur.

## (January 15, 1951.)

■

FINA AYRES, Appellant, v. CHAUNCEY AUGUSTINE, Respondent.— In an action to impress a trust on real property and to declare a tax sale void, judgment, entered in favor of defendant after trial by the court without a jury, unanimously affirmed, with costs. No opinion. Present—Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ.

■

SIMON BERMAN, Respondent, v. JOHN J. HARRIS et al., Appellants.— Appeal by defendants from an interlocutory judgment directing them specifically to perform an agreement for the purchase of certain stock from plaintiff, and referring to an Official Referee the calculation of the amount due. Interlocutory judgment unanimously affirmed, with costs. No opinion. Present— Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.

■

CHARLES V. CALIMAN, an Infant, by CHARLES W. CALIMAN, His Guardian ad Litem, et al., Respondents, v. DAVID E. SMUCKER et al., as Trustees in Bankruptcy of LONG ISLAND RAIL ROAD COMPANY, Appellants.— In an action by an infant to recover damages for personal injuries sustained as the result of the negligence of defendants, and by his father for the recovery of expenses, judgment for plaintiffs unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.